IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ANNIE FAIRLEY | PLAINTIFF |
| V. | CIVIL ACTION NO. 1:06-cv-785-HSO-JMR |
| NORTHROP GRUMMAN SHIP SYSTEMS, INC. | DEFENDANT |

### DEFENDANT'S MOTION FOR SUBSTITUTION OF PARTIES

Defendant files this motion for substitution of parties and in support would show the following:

1.  Since this lawsuit was filed in 2006, the sole named defendant has been Northrop Grumman Ship Systems, Inc.

2.  On December 31, 2008, Northrop Grumman Ship Systems, Inc., merged into Northrop Grumman Shipbuilding, Inc., and ceased to exist.  As part of the merger transaction, Northrop Grumman Shipbuilding, Inc., assumed all of the liabilities of Northrop Grumman Ship Systems, Inc.  Affidavit of Dean C. Berry [Ex. A].

3.  This case has been stayed since early 2008, before the merger.  The stay has now been lifted, however, and the style of the case should be corrected.

4.  Because Northrop Grumman Ship Systems, Inc., no longer exists, Northrop Grumman Shipbuilding, Inc., should be substituted as the sole named defendant in this case.

For these reasons, the Court should enter an order substituting Northrop Grumman Shipbuilding, Inc., for Northrop Grumman Ship Systems, Inc., as the defendant in this case.

Dated:  September 8, 2010.

Respectfully submitted,

NORTHROP GRUMMAN SHIPBUILDING, INC.

s/ Brooks Eason
Brooks Eason

OF COUNSEL:

Brooks Eason, MSB No. 5286
W. Davis Frye, MSB No. 10671
Scott W. Pedigo, MSB No. 10735
Ceejaye Peters, MSB No. 101962
Brandon Jolly, MSB No. 101978
Adam Gates, MSB No. 102305
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi  39211
Telephone:  601-351-2400
Facsimile:  601-351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I electronically served the foregoing document to the following:

Walter Michael Gillion        mgillion@gillionlaw.com

Dated:  September 8, 2010.

s/ Brooks Eason
Of Counsel

2