# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-60145



ANNIE FAIRLEY,

    Plaintiff - Appellant

v.

HUNTINGTON INGALLS, INCORPORATED, formerly known as Northrop Grumman Ship Systems, Incorporated, also known as Northrop Grumman Shipbuilding, Incorporated,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's motion to dismiss appeal is Granted.

ISSUED AS MANDATE: JUL 2 5 2012

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: Sakrina B. Short
    Deputy
New Orleans, Louisiana    JUL 2 5 2012

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 25, 2012

Mr. J T Noblin
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

    **USCA No. 12-60145, Annie Fairley v. Northrop Grumman Shipbuilding**
        USDC No. 1:06-CV-785

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: *Sabrina B. Short*
        Sabrina B. Short, Deputy Clerk
        504-310-7817

RECEIVED
AUG 10 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.